**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, Plaintiff, vs. Jefferson Benally, Defendant. | 06-04254MP-001-PCT-MEA **ORDER** |

The defendant appeared in court with counsel. The defendant's detention hearing was submitted by defendant through defense counsel.

IT IS ORDERED that the defendant is released on previously ordered probation conditions.

DATED this 25th day of October, 2011.

_____
Mark E. Aspey
United States Magistrate Judge